## BONNER v. STATE.
### No. 14768.

Court of Criminal Appeals of Texas.
Jan. 20, 1932.

Gentry & Gray, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of cattle; punishment being assessed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.